UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIO JESUS ROBAINA,

    Petitioner,

v.                                                       CASE NO. 6:16-cv-1090-Orl-31KRS
                                                              (6:10-cr-244-Orl-31KRS)

UNITED STATES OF AMERICA,

    Respondent.

---

## ORDER

This case is before the Court on the following matters:

1.     Respondent's Motion to Stay § 2255 Proceedings (Doc. 5) is **GRANTED**. Respondent requests to stay the disposition of this case pending the Supreme Court of the United States' decision in *Beckles v. United States*, ___ S. Ct. ___, 2016 WL 1029080 (June 27, 2016) (No. 15-8544), wherein the Court granted certiorari to determine *inter alia* whether *Johnson* applies retroactively to collateral cases challenging sentences enhanced under the residual clause in U.S.S.G. § 4B1.2(a)(2). Petitioner opposes the motion. (Doc. 7).

Petitioner's sole ground for relief is that he does not qualify as a career offender in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015). In *United States v. Matchett*, 802 F.3d 1185 (11th Cir. 2015), the Eleventh Circuit Court of Appeals held "that the holding of *Johnson* does not apply to the career-offender guideline, and the guideline is not unconstitutionally vague." *In re Sapp*, 827 F.3d 1334, 1336 (11th Cir. 2016); *see also United*

*States v. Matchett,* No. 14-10396, 2016 WL 4757211, at *1 (11th Cir. Sept. 13, 2016) (reaffirming holding and denying petition for *en banc* rehearing*).* Consequently, the instant case is subject to denial under binding circuit precedent. The Court, therefore, concludes that the interest of justice warrants staying the case pending the Supreme Court's decision in *Beckles*, versus dismissing the case based on *Matchett*.[1]

    2.    This case is **STAYED** pending the Supreme Court's decision in *Beckles*. Respondent shall either file a motion to reopen this case or otherwise notify the Court within **FIFTEEN (15) DAYS** from issuance of the decision in *Beckles.*

    3.    The Clerk of the Court is directed to administratively close this case and to terminate the motions (Criminal Case, Doc. 399) pending in the criminal case 6:10-cr-244-Orl-31KRS.

**DONE AND ORDERED** in Orlando, Florida, this 26th day of September, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-1 9/26
Counsel of Record

---

[1] Respondent is warned that future failures to comply with Local Rule 3.01(g) of the United States District Court for the Middle District of Florida may result in motions being stricken by the Court.